UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PAUL M. RAYLE,  )<br>  )<br>　　　　　Petitioner,  )<br>v.　　　　　　　　　　　　　　)　　No. 1:07-cv-1344-RLY-JMS<br>  )<br>  )<br>STANLEY KNIGHT,  )<br>  )<br>　　　　　Respondent.  ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 04/29/2008

Laura Briggs, Clerk
United States District Court

_(signature)_
Deputy Clerk, U.S. District Court

_(signature)_
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul M. Rayle
#119686
Westville Correctional Facility
P. O. Box 473
Westville, IN   46391

Pamela Sue Moran
INDIANA STATE ATTORNEY GENERAL
pamela.moran@atg.in.gov